

FILED
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 0 2 2017

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RANDY BRANSCOM            PLAINTIFF

vs.      No. 4:17CV293-KGB

POSITIVE GROWTH, LLC; and
MIKE VINES and STEVE VINES            DEFENDANTS

## NOTICE OF REMOVAL

**COME NOW** the Defendants, Positive Growth, LLC, Mike Vines and Steve Vines (collectively "Defendants"), pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, and hereby give their notice of the removal of this action from the Circuit Court of Pulaski County, Arkansas, to the United States District Court for the Eastern District of Arkansas, Western Division. As grounds for this removal, Defendants allege and state the following:

1. On April 3, 2017, the Plaintiff, Randy Branscom, filed an Original Complaint against Defendants in the Circuit Court of Pulaski County, Arkansas, Case No. 60CV-17-1625. A copy of the Circuit Court file is attached hereto as Exhibit "A".

2. Defendant Positive Growth, LLC was served with the Complaint on April 5, 2017.

3. Defendant Mike Vines was served with the Complaint on April 5, 2017.

4. Defendant Steve Fines was served with the Complaint on April 5, 2017.

5. The Complaint seeks declaratory judgment that the Defendants' practices violate the Fair Labor Standards Act, 29 U.S.C §201, *et seq.* and the Arkansas Minimum Wage Act, Ark. Code Ann. §11-4-201, *et seq.* The Complaint also seeks damages and attorneys' fees.

6. This removal is timely pursuant to 28 U.S.C. §1446(b).

---

[1] This case assigned to District Judge Baker
and to Magistrate Judge Volpe

7.  This case is properly removable pursuant to 28 U.S.C. §1441(a), which provides in pertinent part as follows:

> Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

8.  This action is properly removable under 28 U.S.C. § 1441(a) because the United States District Court has original jurisdiction under 28 U.S.C. § 1331, as amended, which provides that "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

9.  Plaintiff's claims arise under the laws of the United States. Specifically, Plaintiff has alleged that Defendants violated the Fair Labor Standards Act, 29 U.S.C §201, *et seq.*

10. The Fair Labor Standards Act contains statutory remedies.

11. Plaintiff has raised a federal question on the face of his Complaint, thereby vesting the United States District Court with jurisdiction pursuant to 28 U.S.C. §§ 1331, 1441 and 1446.

12. Venue for removal is proper in this district and division under 28 U.S.C. § 1441(a) because the district and division embrace the Circuit Court of Pulaski County, Arkansas, the forum in which the removed action was pending.

13. A copy of this notice is being filed with the Clerk of the Circuit Court of Pulaski County, Arkansas, as provided under 28 U.S.C. § 1446. Defendants are also giving prompt written notice to Plaintiff of the filing of this Notice of Removal.

14. Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of Defendants' rights to assert any defense or affirmative matter, whether pursuant to Rules 8(c) or 12(b) of the Federal Rules of Civil Procedure, or otherwise.

15. Defendants reserve the right to amend or supplement this Notice of Removal.

**WHEREFORE**, premises considered, Defendants respectfully request that this Court take jurisdiction of this action and issue all necessary orders and process to remove this action from the Circuit Court of Pulaski County, Arkansas.

> FUQUA CAMPBELL, P.A.
> Riviera Tower
> 3700 Cantrell Road, Suite 205
> Little Rock, Arkansas 72202
> (501) 374-0200 – Telephone
> (501) 975-7153 – Facsimile
>
> By: _____
> Phil Campbell, AR Bar No. 81028
> Chris Stevens, AR Bar No. 2012289
>
> COUNSEL FOR DEFENDANTS

### CERTIFICATE OF SERVICE

I, Phil Campbell, do hereby certify that a true and correct copy of the foregoing document was sent via U.S. First Class Mail, with proper postage affixed thereto, to the following individuals, this 2nd day of May, 2017:

Steve Rauls
Josh Sanford
SANFORD LAW FIRM, PLLC
One Financial Center
650 S. Shackleford, Ste. 411
Little Rock, AR 72211

_____
Phil Campbell

3

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
## HON. ALICE S. GRAY - 12TH DIVISION 6TH CIRCUIT

RANDY BRANSCOM V POSITIVE GROWTH ET AL

60CV-17-1625

### SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

MIKE VINES
305 Pleasant Meadows Cove
Cabot, AR 72023

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) - or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas - you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua Sanford
650 S Shackleford Ste 411
Little Rock, AR 72211

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

Additional notices:

CLERK OF COURT

Address of Clerks Office

LARRY CRANE, CIRCUIT CLERK
CIRCUIT COURT OF PULASKI COUNTY
401 W. MARKHAM
LITTLE ROCK, AR 72201



Crystal Hill, DC

Date: 04/04/2017

**EXHIBIT**

A

No. 60CV-17-1625 This summons is for MIKE VINES (name of Defendant).

PROOF OF SERVICE

❑ I personally delivered the summons and complaint to the individual at
_____[place] on _____ [date];
or

❑ I left the summons and complaint in the proximity of the individual by
_____ after he/she refused to receive it when I offered it to him/her; or

❑ I left the summons and complaint at the individual's dwelling house or usual place of abode at
_____[address] with _____[name], a person at least 14 years of age who resides there, on _____[date]; or

❑ I delivered the summons and complaint to _____[name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of
_____[name of defendant] on _____[date]; or

❑ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

❑ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

❑ Other [specify]:
_____

❑ I was unable to execute service because:
_____
_____

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____        SHERIFF OF _____ COUNTY, ARKANSAS

                                      By: _____
                                      [Signature of server]

_____
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____    By: _____
                         [Signature of server]

                         _____
                         [Printed name]

Address: _____
         _____

Phone: _____

Subscribed and sworn to before me this date: _____

                         _____
                         Notary Public

My commission expires: _____

Additional information regarding service or attempted service:
_____
_____

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
HON. ALICE S. GRAY - 12TH DIVISION 6TH CIRCUIT

RANDY BRANSCOM V POSITIVE GROWTH ET AL

60CV-17-1625

SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

STEVE VINES
UNKNOWN
UNKNOWN, AR UNKNOWN

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) - or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas - you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua Sanford
650 S Shackleford Ste 411
Little Rock, AR 72211

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

Additional notices:

Address of Clerks Office

LARRY CRANE, CIRCUIT CLERK
CIRCUIT COURT OF PULASKI COUNTY
401 W. MARKHAM
LITTLE ROCK, AR 72201

CLERK OF COURT

Crystal Hill, DC

Date: 04/04/2017

No. 60CV-17-1625 This summons is for STEVE VINES (name of Defendant).

PROOF OF SERVICE

❏ I personally delivered the summons and complaint to the individual at
_____[place] on _____ [date];
or

❏ I left the summons and complaint in the proximity of the individual by
_____ after he/she refused to receive it when I offered it to him/her; or

❏ I left the summons and complaint at the individual's dwelling house or usual place of abode at
_____[address] with _____[name], a person at least 14 years of age who resides there, on _____[date]; or

❏ I delivered the summons and complaint to _____[name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of
_____[name of defendant] on _____[date]; or

❏ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

❏ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

❏ Other [specify]:
_____

❏ I was unable to execute service because:
_____
_____

My fee is $ ____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____        SHERIFF OF _____ COUNTY, ARKANSAS

                                      By: _____
                                      [Signature of server]

_____
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____  By: _____
 [Signature of server]

_____
[Printed name]

Address: _____
_____

Phone: _____

Subscribed and sworn to before me this date: _____

_____
Notary Public

My commission expires: _____

Additional information regarding service or attempted service:
_____
_____

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
HON. ALICE S. GRAY - 12TH DIVISION 6TH CIRCUIT

RANDY BRANSCOM V POSITIVE GROWTH ET AL

60CV-17-1625

**SUMMONS**

**THE STATE OF ARKANSAS TO DEFENDANT:**

POSITIVE GROWTH, LLC
c/o Michael Vines
305 Pleasant Meadows Cove
Cabot, AR 72023

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) - or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas - you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua Sanford
650 S Shackleford Ste 411
Little Rock, AR 72211

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

Additional notices:

Address of Clerks Office

LARRY CRANE, CIRCUIT CLERK
CIRCUIT COURT OF PULASKI COUNTY
401 W. MARKHAM
LITTLE ROCK, AR 72201

CLERK OF COURT

_Crystal Hill_

Crystal Hill, DC

Date: 04/04/2017

No. 60CV-17-1625 This summons is for POSITIVE GROWTH, LLC (name of Defendant).

PROOF OF SERVICE

❑ I personally delivered the summons and complaint to the individual at
_____[place] on _____ [date];
or

❑ I left the summons and complaint in the proximity of the individual by
_____ after he/she refused to receive it when I offered it to him/her; or

❑ I left the summons and complaint at the individual's dwelling house or usual place of abode at
_____[address] with _____[name], a person at least 14 years of age who resides there, on _____[date]; or

❑ I delivered the summons and complaint to _____[name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of
_____[name of defendant] on _____[date]; or

❑ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

❑ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

❑ Other [specify]:
_____

❑ I was unable to execute service because:
_____
_____

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____          SHERIFF OF _____ COUNTY, ARKANSAS

                                          By: _____
                                          [Signature of server]

_____
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____    By: _____
                         [Signature of server]


                         _____
                         [Printed name]

Address: _____
         _____

Phone: _____

Subscribed and sworn to before me this date: _____


                         _____
                         Notary Public

My commission expires: _____

Additional information regarding service or attempted service:
_____
_____

ELECTRONICALLY FILED
Pulaski County Circuit Court
Larry Crane, Circuit/County Clerk
2017-Apr-03 17:13:05
60CV-17-1625
C06D12 : 7 Pages

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
DIVISION _____

RANDY BRANSCOM                                                PLAINTIFF

vs.                          No. 60CV-17_____

POSITIVE GROWTH, LLC; and
MIKE VINES and STEVE VINES                                    DEFENDANTS

## ORIGINAL COMPLAINT

COMES NOW Plaintiff Randy Branscom ("Plaintiff"), by and through his attorneys Steve Rauls and Josh Sanford of Sanford Law Firm, PLLC, and for his Original Complaint ("Complaint") against Defendants Positive Growth, LLC, Mike Vines and Steve Vines (collectively "Defendant"), does hereby state and allege as follows:

### I. PRELIMINARY STATEMENTS

1. This is an action brought by Plaintiff against Defendants for violations of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* (the "FLSA") and the Arkansas Minimum Wage Act, Ark. Code Ann. § 11-4-201, *et seq.* (the "AMWA").

2. Plaintiff seeks a declaratory judgment; monetary damages; liquidated damages; prejudgment interest; and civil penalties and costs, including reasonable attorneys' fees, within the applicable statutory limitations period as a result of Defendants' failure to pay proper overtime compensation under the FLSA and the AMWA.

## II. JURISDICTION AND VENUE

3. This Court's jurisdiction over the matters pleaded in this Complaint arises out of Arkansas Code Annotated § 16-13-201, in which Circuit courts are given original jurisdiction over all justiciable matters not otherwise assigned by the Arkansas Constitution.

4. This Court has jurisdiction over Plaintiff's federal law claims under the provisions of 29 U.S.C. § 216(b), which expressly empowers employees to seek damages for FLSA violations "in any Federal or State court of competent jurisdiction."

5. Venue is proper in this Court because a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in Pulaski County, Arkansas. Ark. Code Ann. § 16-55-213.

## III. THE PARTIES

6. Plaintiff repeats and re-alleges all the preceding paragraphs of this Complaint as if fully set forth in this section.

7. Plaintiff is a citizen and resident of the State of Arkansas.

8. Plaintiff is a former employee of Defendants.

9. Defendants were Plaintiff's employers within the meaning of the FLSA, 29 U.S.C. § 203(d), and the AMWA, A.C.A. § 11-4-203, during the period relevant to this lawsuit.

10. Plaintiff worked for Defendants under the title "Supervisor" within the three (3) years preceding the filing of this Complaint; he was paid on a salary basis.

11. Defendant Positive Growth, LLC, is an Arkansas for-profit corporation, licensed to do business in the State of Arkansas and maintaining an agent for service as follows: Michael Vines, 305 Pleasant Meadows Cove, Cabot, Arkansas 72023.

12. Defendant has employees engaged in commerce and has employees handling or otherwise working on goods or materials that have been moved in or produced for commerce by others.

13. At all relevant times, Defendant has had a minimum of four employees.

14. Defendant Mike Vines is a principal, director and/or officer of Positive Growth, LLC.

15. Upon information and belief, Mike Vines manages and controls the operation of Positive Growth, LLC, and dictates the employment policies of Positive Growth, LLC, including but not limited to the decision to not pay an extra premium to Plaintiff for work in excess of forty hours per week.

16. Upon information and belief, Mike Vines owns all or part of Positive Growth, LLC.

17. Defendant Steve Vines is a principal, director and/or officer of Positive Growth, LLC.

18. Upon information and belief, Steve Vines manages and controls the operation of Positive Growth, LLC, and dictates the employment policies of Positive Growth, LLC, including but not limited to the decision to not pay an extra premium to Plaintiff for work in excess of forty hours per week.

19. Upon information and belief, Steve Vines owns all or part of Positive Growth, LLC.

## IV. FACTUAL ALLEGATIONS

20. Plaintiff repeats and re-alleges all the preceding paragraphs of this Complaint as if fully set forth in this section.

21. Plaintiff held a job title of Supervisor for Defendant within the three years preceding the filing of the Original Complaint.

22. Plaintiff's primary duty as a Supervisor was providing lawn care and landscape services.

23. Plaintiff's primary duty was not managing Defendants' business or any recognized department of Defendants' business.

24. Plaintiff did not customarily or regularly direct the work of two or more other full-time employees.

25. Plaintiff's primary duty was manual labor to maintain lawns and landscaping.

26. Defendants paid Plaintiff a salary and non-discretionary bonuses.

27. Defendants did not pay an extra premium to Plaintiff for work in excess of forty hours per week.

28. Plaintiff always or almost always worked in excess of forty (40) hours per week during his tenure with Defendants.

## V. LEGAL ALLEGATIONS AND CLAIMS FOR RELIEF

29. Plaintiff repeats and re-alleges all the preceding paragraphs of this Complaint as if fully set forth in this section.

### A. Violations of the FLSA

30. Because Plaintiff was often required to work more than forty (40) hours per week for Defendants, Defendants violated the FLSA by failing to pay Plaintiff the overtime wages required under the FLSA.

31. Plaintiff did not qualify for any exemption from the overtime requirements of the FLSA throughout the period of time he worked for Defendants.

32. By reason of the unlawful acts alleged herein, Defendants are liable to Plaintiff for, and Plaintiff seeks, monetary damages, liquidated damages, prejudgment interest, civil penalties and costs, including reasonable attorney's fees as provided by the FLSA.

### B. Violations of the AMWA

33. Because Plaintiff was often required to work more than forty (40) hours per week for Defendants, Defendants violated the AMWA by failing to pay Plaintiff the overtime wages required under the AMWA.

34. Plaintiff did not qualify for any exemption from the overtime requirements of the AMWA throughout the period of time he worked for Defendants.

35. Defendants violated the AMWA by failing to pay Plaintiff the overtime wages required under the AMWA.

36. By reason of the unlawful acts alleged herein, Defendants are liable to Plaintiff for, and Plaintiff seeks, monetary damages, liquidated damages, prejudgment interest, civil penalties and costs, including reasonable attorney's fees as provided by the AMWA.

under the FLSA, the AMWA, and their related regulations;

C. Judgment for liquidated damages owed to Plaintiff pursuant to the FLSA, the AMWA, and their relating regulations;

D. Judgment for any and all civil penalties to which Plaintiff may be entitled;

E. Judgment for punitive damages pursuant to the Arkansas Civil Justice Reform Act;

F. An order directing Defendants to pay Plaintiff prejudgment interest, reasonable attorneys' fees, and all costs connected with this action; and

G. Such other relief as this Court may deem necessary, just, and proper.

Respectfully submitted,

**PLAINTIFF RANDY BRANSCOM**

SANFORD LAW FIRM, PLLC
ONE FINANCIAL CENTER
650 SOUTH SHACKLEFORD, SUITE 411
LITTLE ROCK, ARKANSAS 72211
TELEPHONE: (501) 221-0088
FACSIMILE: (888) 787-2040

By: */s/ Steve Rauls*
Steve Rauls
Ark. Bar No. 2011170
steve@sanfordlawfirm.com

and */s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com