IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RANDY BRANSCOM, CODY JACKSON,
and NICHOLAS LEMASTER                                                          PLAINTIFFS

v.                           Case No. 4:17-cv-00293-KGB

POSITIVE GROWTH, LLC, and
MIKE VINES and STEVE VINES                                                     DEFENDANTS

## ORDER

Before the Court is plaintiffs Randy Branscom, Cody Jackson, and Nicholas Lemaster, and defendants Positive Growth, LLC, Mike Vines, and Steve Vines' joint stipulation of dismissal (Dkt. No. 11). The parties submit that they have reached an agreement that resolves all claims in this matter. The parties jointly request that this Court dismiss with prejudice this action. For good cause shown, the Court adopts the joint stipulation (Dkt. No. 11). The action is dismissed with prejudice with each party to bear his or its own costs and fees.

So ordered this 21st day of March, 2018.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge